# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

v.                              No. 4:21-cr-65-DPM

**DENNIS BOATMAN**                                              **DEFENDANT**
Reg. No. 34813-509

## ORDER

Boatman moves to reduce his sentence based on amendments to the Sentencing Guidelines. When he was sentenced, he received two criminal history points because he was on probation when he committed his new crime. He would not receive those two points under the amended Guidelines. This change, however, does not affect his sentencing range. Boatman still has four criminal history points, meaning he remains in criminal history category III. His motion, *Doc. 46*, is therefore denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 December 2023